# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

KHURSHID RUSTAMOV,

     Petitioner,

     v.

TODD M. LYONS, *Acting Director, Immigration & Customs Enforcement,* et al.,

     Respondents.

Case No. 1:26-CV-239

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on Petitioner Khurshid Rustamov's emergency motion to enforce the Court's grant of habeas relief. As Rustamov notes, on March 18, 2026, the Court granted his petition for a writ of habeas corpus, mandating that "Respondents **shall** either release Petitioner from custody *or* provide Petitioner with a constitutionally adequate bond hearing before an IJ." (Doc. 12, PageID 107). In the event of the latter, the Court mandated the conditions that must be satisfied by any such hearing.

Rustamov appeared before an IJ on March 24 for a custody redetermination hearing. After consideration of the evidence and testimony, the IJ denied bond on the ground that Rustamov was a flight risk; the IJ pointed specifically to Rustamov's missed check-ins with immigration officials and the general lack of evidence demonstrating his sponsor's ability to adequately support him and his family. (Doc.

1

13, PageID 111). Over three months later, Rustamov now argues that "Respondents have refused to comply and Petitioner remains incarcerated." (Doc. 19, PageID 121).

The Court's grant of relief did not *mandate* release, and as the Court noted in its discharge order, Rustamov was afforded a constitutionally adequate custody redetermination hearing before an IJ. (Doc. 14, PageID 113). And because the Court cannot reweigh evidence or substitute its own discretionary judgment for that of the IJ on a pure question of fact, the Court cannot grant additional relief. *See Diaz-Calderon v. Barr*, 535 F.Supp.3d 669, 676 (E.D. Mich. 2020).

Accordingly, the emergency motion is **DENIED** and this matter shall remain **CLOSED**.

**IT IS SO ORDERED.**

_/s/ Michael R. Barrett_
Michael R. Barrett
United States District Judge

2